IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15-CV-00370-JFB-TDT |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | DISCHARGING SUPERSEDEAS |
| | ) | BOND |
| | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

This matter comes before the Court on the Unopposed Motion by Defendant Nebraska Beef, Ltd., to Discharge the Supersedeas Bond Number 104492964 ("Supersedeas Bond") that was posted by The Travelers Casualty and Surety Company of America ("Travelers"), as Surety, in the amount of Two Hundred Thousand Dollars ($200,000.00) at the request of Defendant Nebraska Beef, Ltd., as Principal. The unopposed motion states that the Bond is no longer required and should be discharged, and Travelers and its parents, affiliates, and subsidiaries should be released from any and all liability.

IT IS THEREFORE ORDERED AND ADJUDGED that the obligations of Nebraska Beef which were secured by the Supersedeas Bond have all been fully satisfied and therefore the Supersedeas Bond Number 104492964 is no longer required and is hereby fully and unconditionally discharged, released, and exonerated and Travelers hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

1

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Supersedeas Bond recorded with this Court to counsel for Nebraska Beef, Ltd., Brian J. Brislen, for return to Travelers.

Dated this 7th day of March 2019

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge